

**ORDERED in the Southern District of Florida on November 4, 2017.**

    Laurel M. Isicoff
    Chief United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI

In re

Miguel A Fernandez

Case No. 14-33851
Chapter No.  13

### ORDER GRANTING *EX PARTE* MOTION BY CITIMORTGAGE, INC. TO REDACT AND RESTRICT PUBLIC ACCESS TO CONSUMER IDENTIFYING INFORMATION AND <u>AUTHORIZING THE FILING OF THE REPLACEMENT FILING</u>

Upon consideration of the motion of Citi[1] for entry of an order, pursuant to sections 105(a) and 107(c) of the Bankruptcy Code, Bankruptcy Rule 9037, and Local Rule 5005-1(A)(3) (i) directing the Clerk of the Court to permanently restrict remote electronic access to the Filing, and (ii) authorizing Citi to file a Replacement Filing; and the Court having considered the

---

[1]  Capitalized terms used and not defined herein shall have the meanings ascribed to such terms in the Motion.

- 2 -

Motion; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. The Clerk of the Court is hereby directed to restrict remote electronic access to the Filing, which was filed as the filing at Notice of Mortgage Payment Change (Claim No. 5) Filed on the Claims Register on January 7, 2016.

3. Citi is authorized to replace the Filing with the Replacement Filing, and the Clerk of the Court is hereby directed to take such actions as are reasonably necessary to docket the Replacement Filing.

4. The Replacement Filing shall be deemed to have been filed with the Court on the date that the Filing was originally filed.

5. The Replacement Filing shall be identical in all respects to the Designated Filing it replaces, except for the removal of any imperfectly redacted PII.

6. Nothing in this Order shall affect the rights of the United States Trustee for Region 21, the Debtor, counsel for Debtor, the Chapter 13 trustee or trustee's counsel that has appeared in this case, Citi, or Citi's counsel to request access to the original Filing in person at, or by writing addressed to, the Clerk of the Court's office.

###

Submitted by:
Jeffrey T. Kucera, Esq.
Florida Bar No. 0068233
K&L Gates LLP
200 S. Biscayne Boulevard, Suite 3900
Miami, FL 33131
Telephone:   305-539-3300
Facsimile:   305-358-7095
jeffrey.kucera@klgates.com

- 3 -

*Counsel to CitiMortgage, Inc.*

Parties to Receive Conformed Copy of Order:

Miguel A Fernandez
5600 NW 6th St # 19
Miami, FL 33126

Ricardo Corona, Esq.
3899 NW 7 St, Second Floor
Miami, FL 33126

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Jeffrey T. Kucera, Esq. is directed to serve copies of this Order on the parties listed and file a Certificate of Service**